## FRYE v. KELLEY

No. 470A91

Case below: 104 N.C.App. 138

Appeal by defendants (Kelley and Bowen) pursuant to G.S. 7A-30 dismissed 5 December 1991.

## GOLDSTON v. AMERICAN MOTORS CORP.

No. 461P91

Case below: 104 N.C.App. 138

Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 5 December 1991. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 December 1991.

## GRAY v. SMALL

No. 483A91

Case below: 104 N.C.App. 222

Motion by defendant to dismiss appeal denied 5 December 1991.

## HALEY v. HALEY

No. 467P91

Case below: 104 N.C.App. 139

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1991.

## HULL v. OLDHAM

No. 450P91

Case below: 104 N.C.App. 29

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 December 1991.